UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey J. LaFave, Barbara J. LaFave
And Entrust New Direction IRA, FBO,

    Plaintiffs,

  v.                                           Case No. 08-10991
                                               HON. SEAN F. COX

The Vineyard South, LLC, a California
limited liability company, Walter W. Luce,
Robert O. Mayer, and LTV Builders/
Developers, Inc., a California corporation,

    Defendants, jointly and severally.
_____

## ORDER OF REMOVAL OF ACTION
## AS A PENDING MATTER

       The Court having been informed by the Plaintiff that Defendant has instituted bankruptcy proceedings, thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C.:362(a)(1); and it further appearing to the Court that such stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will either voluntarily dismissed by the parties or abandoned by the parties without notice to the Court; and there appearing to be no further reason at this time to maintain the file as open one for statistical purposes;

       **IT IS ORDERED** that the Clerk close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon

termination of the stay of proceedings in the same manner as if this order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

    **IT IS SO ORDERED.**

Dated:  September 18, 2008        S/ Sean F. Cox
                                          Sean F. Cox
                                          United States District Court Judge

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on September 18, 2008.

                                            s/Jennifer Hernandez
                                            Case Manager to
                                            District Judge Sean F. Cox